**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNICORN GLOBAL, INC. and HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>DGL GROUP, LTD.,<br><br>Defendant. | Case No. 1:21-cv-1443-MKB-SJB<br><br>Hon. Margo K. Brodie, U.S.D.J.<br>Hon. Sanket J. Bulsara, U.S.M.J.<br><br>**Jury Trial Demanded** |

**DECLARATION OF BRYAN J. JAKETIC IN SUPPORT OF DEFENDANT DGL GROUP, LTD'S OPENING CLAIM CONSTRUCTION BRIEF**

I, BRYAN J. JAKETIC, declare as follows:

1. I am a partner of the law firm Squire Patton Boggs (US) LLP, and counsel of record for Defendant DGL Group, LTD ("DGL"). I hereby declare under penalty of perjury that the following statements are true and correct.

2. I submit this declaration in support of Defendant's Opening Claiming Construction Brief.

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 10,597,107 ("the '107 Patent").

4. Attached as Exhibit 2 is a true and correct copy of John Heilemann's *Reinventing the Wheel* TIME Magazine article dated December 2, 2001.

5. Attached as Exhibit 3 is a true and correct copy of Amy Harmon's *An Inventor Unveils His Mysterious Personal Transportation Device* New York Times article dated December 3, 2001.

6. Attached as Exhibit 4 is a true and correct copy of Dan Fletcher's *The 50 Worst Inventions* TIME Magazine article dated May 27, 2010.

7. Attached as Exhibit 5 is a true and correct copy of Dr. Eric Maslen's deposition transcript in *Unicorn Global, Inc., et al. v. Golabs, Inc., d/b/a GOTRAX, LLC, et al*, No. 3:19-cv-0754-N, as filed in *Unicorn Global, Inc., et al. v. Golabs Inc., d/b/a GOTRAX et al.*, No. 3:20-CV-02023-N, as docket number 104-3.

8. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 6,302,230 ("the '203 Patent").

9. Attached as Exhibit 7 is a true and correct copy of Patent Case Management Judicial Guide, Third Edition by Peter S. Menell, et al. dated September 28, 2016.

10. Attached as Exhibit 8 is a true and correct copy of Chinese Patent No. 201320050547.3.

11. Attached as Exhibit 9 is a true and correct copy of a computer generated translation of Chinese Patent No. 201320050547.3.

12. Attached as Exhibit 10 is a true and correct copy of Chinese Patent No. 201220367045.9.

13. Attached as Exhibit 11 is a true and correct copy of a computer generated translation of Chinese Patent No. 201220367045.9.

14. Attached as Exhibit 12 is a true and correct copy of Chinese Patent No. 201310516158.X.

15. Attached as Exhibit 13 is a true and correct copy of a computer generated translation of Chinese Patent No. 201310516158.X.

16. Attached as Exhibit 14 is a true and correct copy of Dr. Glenn E. Vallee's Declaration in Support of Defendant DGL Group, LTD.'s Opening Claim Construction Brief.

**Dated:** February 8, 2022

*/s/ Bryan J. Jaketic*
Bryan J. Jaketic